

# Incorporated Village of Lake Grove
980 HAWKINS AVE., PO BOX 708, LAKE GROVE, NY 11755-0708
PHONE 631.585.2000 FAX 631.585.2039

**VILLAGE ENGINEER**
PACIFICO ENGINEERING PC

**PROJECT NAME:** Henkel Drive Proposed Dedication  **Date:** 7/31/2025
**SCTM#:** 208-26-2-31.001  **Rev Date:**

| | UNITS | UNIT PRICE | QTY | COST | QTY | COST |
|---|---|---|---|---|---|---|
| | | | OFFSITE | | ONSITE | |
| **HIGHWAY** | | | | | | |
| CONCRETE APRON (RESIDENTIAL) | EA | $ 1,400.00 | 0 | $ - | 0 | $ - |
| CONCRETE APRON (COMMERCIAL SITE) | EA | $ 3,300.00 | 0 | $ - | 0 | $ - |
| CONCRETE CURB | LF | $ 24.00 | 170 | $ 4,080.00 | 0 | $ - |
| PRECAST BUMPER CURB | EA | $ 300.00 | 0 | $ - | 0 | $ - |
| CONCRETE SIDEWALK | SF | $ 14.50 | 0 | $ - | 0 | $ - |
| **PAVEMENT** | | | | | | |
| BASE COURSE | CY | $ 65.00 | 1008.33333 | $ 65,541.67 | 0 | $ - |
| PAVEMENT | SF | $ 3.90 | 6050 | $ 23,595.00 | 0 | $ - |
| SAW CUT | LF | $ 7.50 | 40 | $ 300.00 | 0 | $ - |
| REMOVE EXISTING PAVEMENT | CY | $ 65.00 | 3500 | $ 227,500.00 | 0 | $ - |
| **LANDSCAPING** | | | | | | |
| STREET TREE PLANTING | EA | $ 1,000.00 | 0 | $ - | 0 | $ - |
| SCREEN PLANTINGS (6'-7" EVERGREEN) | EA | $ 1,000.00 | 0 | $ - | 0 | $ - |
| TOPSOIL, GRADING & SEEDING | SY | $ 5.00 | 0 | $ - | 0 | $ - |
| CLEARING, GRUBING, ROUGH GRADING | AC | $ 5,800.00 | 0 | $ - | 0 | $ - |
| **FENCING** | | | | | | |
| CHAINLINK FENCE - 6' | LF | $ 140.00 | 0 | $ - | 0 | $ - |
| STOCKADE FENCE - 6' | LF | $ 120.00 | 0 | $ - | 0 | $ - |
| CHAINLINK FENCE WITH STOCKADE - 6' | LF | $ 260.00 | 0 | $ - | 0 | $ - |
| **DRAINAGE** | | | | | | |
| CATCH BASIN | EA | $ 5,000.00 | 1 | $ 5,000.00 | 0 | $ - |
| LEACHING POOLS - 8' DIA | VLF | $ 540.00 | 20 | $ 10,800.00 | 0 | $ - |
| LEACHING POOLS - 10' DIA | VLF | $ 720.00 | 0 | $ - | 0 | $ - |
| LEACHING POOLS - 12' DIA | VLF | $ 900.00 | 0 | $ - | 0 | $ - |
| FRAME AND GRATE OR COVER | EA | $ 800.00 | 1 | $ 800.00 | 0 | $ - |
| DRAINAGE PIPE (UP TO 24") | LF | $ 150.00 | 30 | $ 4,500.00 | 0 | $ - |
| HEADWALL - STANDARD- (RECHARGE BASIN) | EA | $ 5,000.00 | 0 | $ - | 0 | $ - |
| EXCAVATION - RECHARGE BASIN | CY | $ 26.00 | 0 | $ - | 0 | $ - |
| CLEAN EXISTING LEACHING POOL | EA | $ 500.00 | 0 | $ - | 0 | $ - |
| REBUILD, RESET EXISTING INLET | EA | $ 850.00 | 0 | $ - | 0 | $ - |
| **GENERAL** | | | | | | |
| GUIDE RAIL | LF | $ 100.00 | 0 | $ - | 0 | $ - |
| RETAINING WALL - CONCRETE | CY | $ 1,100.00 | 0 | $ - | 0 | $ - |
| SIGNS | EA | $ 500.00 | 2 | $ 1,000.00 | 0 | $ - |
| STRIPING THERMOPLASTIC | LF | $ 4.00 | 0 | $ - | 0 | $ - |
| STREET LIGHTING | EA | $ 3,600.00 | 0 | $ - | 0 | $ - |
| MONUMENTS | EA | $ 300.00 | 0 | $ - | 0 | $ - |

Construction Cost Subtotal: $ 343,116.67  $0.00
15% Contingency: $ 51,467.50  $0.00

Note that the developer is responsible for repair of damage to any existing improvements on Village property, whether or not specifically included in this bond estimate

**Bond Amount (to the nearest $100):** $ 394,600.00
**6% Engineering/Site Inspection Fee:** $ 23,675.05
**Park/Recreation Fee:** $ - * TBD

| | UNITS | UNIT PRICE | QUANTITY | COST |
|---|---|---|---|---|
| CONCRETE SIDEWALK (HENKEL DRIVE) | SF | $ 14.50 | 420 | $ 6,090.00 |

The above items are not to be installed. Payment in lieu of will be required.
* Park/Recreation Fee is 10% of land value as per NYS Village Law 7-730. Value utilized for this calculation is: $0

8/27/2025



# Incorporated Village of Lake Grove
980 HAWKINS AVE., PO BOX 708, LAKE GROVE, NY 11755-0708
PHONE 631.585.2000  FAX 631.585.2039

**VILLAGE ENGINEER**
PACIFICO ENGINEERING PC

DRAINAGE REQUIREMENT:

| | | |
|---|---:|---|
| area north | 880 | sf |
| area south | 1120 | sf |
| widening | 6050 | sf |
| total | 8050 | sf |
| | | |
| rainfall | 1341.666667 | cf |
| 8' dia | 31.94444444 | lf |

Minimum (2) 8' dia x 10' deep Leaching Pool to be installed on Henkel Drive on east side at the south end of the development in the Lake Grove Right of Way.

8/27/2025